IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OZBURN-HESSEY LOGISTICS, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| 721 LOGISTICS, LLC, *et al.* | : | No. 12-0864 |

## ORDER

**AND NOW**, this 15th day of August, 2014, following a bench trial in the above-captioned matter and upon consideration of the pre- and post-trial motions and memoranda filed by the parties (Docs. 105, 108, 112-118, 126, 128, 133, 135, 139-144), it is hereby **ORDERED,** for the reasons stated in the accompanying Memorandum bearing today's date, that:

1. The defendants' motion to strike testimony (*see* Docs. 118, 128) is **DENIED.**

2. The motion by Defendants J&K Fresh, LLC, Raymond Keffer and Lynette Keffer for judgment as a matter of law (Doc. 133; Doc. 149 (Trial Transcript) at 108) is **DENIED.**

3. The motion by Defendants 721 Logistics, LLC, Larry Antonucci and John Ercolani for judgment as a matter of law (Doc. 149 at 121) is **DENIED.**

4. Defendants' motion to preclude Plaintiff's expert report and for sanctions (Doc. 126) is **DISMISSED** as moot.

BY THE COURT:

/s/ L. Felipe Restrepo_____
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE